

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00479-CR

_____

CHAD PIERCE COFFEY, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. 1543453D

---

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

# MEMORANDUM OPINION

Appellant Chad Pierce Coffey pleaded guilty to possession of a controlled substance of less than one gram (methamphetamine) pursuant to a plea bargain and now attempts to appeal this conviction. On November 6, 2018, and again on December 11, 2018, we notified appellant that the trial court's certification of his right to appeal states that this is a plea-bargain case and that he has no right of appeal and has waived the right of appeal. We informed appellant that unless he or any party desiring to continue the appeal filed with the court a response showing grounds for continuing the appeal, the appeal would be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 28, 2019